

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.D.H., a Child, Appellant

No. 06-19-00013-CV

Appeal from the County Court at Law No. 3 of Williamson County, Texas (Tr. Ct. No. 18-3345-FC3). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED MAY 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk